Slip Op. 15-9

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MUELLER COMERCIAL DE MEXICO, S. DE R.L. DE C.V., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 11-00319 |

**JUDGMENT**

Upon consideration of the Stipulation for Entry of Judgment entered into by Plaintiffs and Defendant, ECF No. 90, that Plaintiffs and Defendant have reached a settlement of this action, that no party has filed an objection, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that judgment is entered in accordance with the Stipulation for Entry of Judgment; it is further

**ORDERED** that, within 30 days of entry of this judgment, the United States Department of Commerce ("Commerce") shall issue for publication in the Federal Register amended final results of the administrative review at issue in this action, originally published as Certain Circular Welded Non-Alloy Steel Pipe From Mexico, 76 Fed. Reg. 36,086 (Dep't of Commerce June 21, 2011) (final admin. review), setting the weighted-average dumping margin for Mueller Comercial de Mexico, S. de R.L. de C.V. at 13.70 percent for the period of review; it is further

**ORDERED** that, within 15 days after the Federal Register publication of the amended final results, Commerce shall issue instructions to United States Customs and Border Protection to liquidate the covered entries in accordance with the amended final results at the importer-specific assessment rate contained in the settlement agreement entered into by Plaintiffs and Defendant; it is further

**ORDERED** that the covered entries enjoined in this action, see Mueller Comercial de Mexico S. de R.L. de C.V. v. United States, Court No. 11-00319 (CIT Aug. 24, 2011), ECF No. 8 (prelim. inj. order), must be liquidated in accordance with the final court decision, including all appeals, as provided for in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2012); and it is further

Court No. 11-00319 Page 2

  **ORDERED** that each party shall bear their own attorney fees, costs, and expenses.

                   /s/ Leo M. Gordon
                   Judge Leo M. Gordon

Dated:   January 28, 2015
Amended:  February 6, 2015
      New York, New York